

# COURT OF APPEALS

SANDEE BRYAN MARION
  CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

November 2, 2015

Laura Durbin
101 W. Nueva, Suite 370
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Jesus Vargas
Law Office of Jesus Vargas
Washington Square Building
San Antonio, TX 78207-4560
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:     04-15-00298-CR
        Trial Court Case Number:      457593
        Style:                        The State of Texas v. Jose Esquivel

Dear Counsel:

The above cause has been set for formal submission ON BRIEFS ONLY before this Court on December 8, 2015, before a panel consisting of Justice Karen Angelini, Justice Luz Elena D. Chapa, and Justice Jason Pulliam.

Very truly yours,

Karen Angelini, Justice